659 A.2d 556

COMMONWEALTH of Pennsylvania, Respondent,

v.

German CARINO, Petitioner.

Supreme Court of Pennsylvania.

June 14, 1995.

## ORDER

PER CURIAM.

AND NOW, this 14th day of June, 1995, the petition for allowance of appeal and application for permission to supplement the petition are granted, the order of the Superior Court quashing the appeal is vacated, and the case is remanded to that court for consideration of the merits of the appeal. See *Commonwealth v. Huff,* 540 Pa. 535, 658 A.2d 1340 (1995).

CASTILLE, J., dissents on the basis of his dissent in *Commonwealth v. Huff*, supra.

MONTEMURO, J., is sitting by designation.